IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

AMY JANE HODGE,

            Plaintiff,

v.                                CIVIL ACTION NO.  3:14-00403

CAROLYN W. COLVIN,
Acting Commissioner of the
Social Security Administration,

            Defendant.

## MEMORANDUM OPINION AND ORDER

This action was referred to the Honorable R. Clarke VanDervort, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge has submitted findings of fact and recommended that the Court grant Plaintiff's Motion to Withdraw Complaint (ECF No. 10), dismiss Plaintiff's Complaint (ECF No. 2) without prejudice, and remove this matter from the Court's docket.  Neither party has filed objections to the Magistrate Judge's findings and recommendations.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and Court **GRANTS** Plaintiff's Motion to Withdraw Complaint (ECF No. 10), **DISMISSES** Plaintiff's Complaint (ECF No. 2) without prejudice, and **REMOVES** this matter from the Court's docket, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

                                      ENTER:        September 26, 2014

                                      ROBERT C. CHAMBERS, CHIEF JUDGE